UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PRESTON LEONARD SCHOFIELD,

    Plaintiff,

v.                                           Case No. 4:20cv172-AW-HTC

STATE OF FLORIDA, et al.,

    Defendants.
_____/

REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, initiated this action on or around April 6, 2020 by filing a civil complaint seeking to assert claims under 42 U.S.C. § 1983. ECF Doc. 1. The complaint was not accompanied by either a motion to proceed *in forma pauperis* or the $400.00 filing fee, as required by Rule 5.3 of the Local Rules of the Northern District of Florida. Thus, on April 7, 2020, the Court issued an order directing Plaintiff to either file an application to proceed *in forma pauperis* or pay the full $400.00 filing fee within fourteen (14) days. ECF Doc. 3. Plaintiff was warned that failure to comply with the Court's April 7 Order may result in a recommendation that his case be dismissed.

More than fourteen (14) days passed, and Plaintiff neither filed an application to proceed *in forma pauperis* nor paid the filing fee as instructed. Thus, on May 1,

2020, the Court issued another order, which gave Plaintiff fourteen (14) days to either comply with the Court's April 7 Order or show cause why his case should not be recommended for dismissal for failure to prosecute or failure to follow an order of the Court.  ECF Doc. 4.  Plaintiff was again warned that failure to comply with the Court's order may result in a recommendation of dismissal.  *Id.*

More than fourteen (14) days have passed, and Plaintiff has neither complied with the April 7 Order nor responded to the May 1 Show Cause Order.  Indeed, other than filing his complaint, Plaintiff has taken no other action in this case.

Accordingly, it is respectfully RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to follow Court orders.

2. The clerk be directed to close the file.

At Pensacola, Florida, this 29th day of May, 2020.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u>  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.