UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PRESTON LEONARD SCHOFIELD,**

    **Plaintiff,**

**v.**                                                         **Case No. 4:20cv172-AW-HTC**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER

I have considered the magistrate judge's Report and Recommendation dated May 29, 2020. ECF No. 5. There have been no objections. I have now determined that the Report and Recommendation should be adopted, and it is incorporated by reference into this order. The clerk shall enter a judgment that says, "This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to follow Court orders." The clerk shall then close the file.

SO ORDERED on July 14, 2020.

                                                            s/ *Allen Winsor*
                                                            United States District Judge